Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

# UNITED STATES DISTRICT COURT

for the

Eastern District of Virginia

Richmond Division

|  |  |  |
|---|---|---|
| Deleird Elnora | ) | Case No. 3:21cv783 |
| *Plaintiff(s)* | ) | *(to be filled in by the Clerk's Office)* |
| *(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)* | ) ) ) ) | Jury Trial: *(check one)*  ☐ Yes  ☐ No |
| -v- | ) ) ) ) |  |
| VAlor Apt Marrie white math Yvonne | ) ) ) |  |
| *Defendant(s)* | ) |  |
| *(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)* | |  |

## COMPLAINT FOR A CIVIL CASE

### I. The Parties to This Complaint

#### A. The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

Name: MArie White Community mgr.
Street Address: ED ??? - Juana Lozano
City and County: GAbriel GAby - Fernando
State and Zip Code: Herman Banks
Telephone Number: Ryan Pittinger
E-mail Address: Pedro RAmos
Finnessa Randall
1150 noble Way Rent office

#### B. The Defendant(s)

RECEIVED
DEC 1 7 2021
CLERK, U.S. DISTRICT COURT
RICHMOND, VA

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title *(if known)*. Attach additional pages if needed.

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

Defendant No. 1

Name — Juana Lozano

Job or Title *(if known)* — 1150 nobleway Rent office

Street Address — Fredericksburg

City and County — VA 22401

State and Zip Code — 540-548-9191

Telephone Number — 540-548-9172

E-mail Address *(if known)* — Community mgts.

Defendant No. 2

Name — Marie White

Job or Title *(if known)* — Community mgts,

Street Address — 1150 nobleway Rent Office

City and County — Fredericksburg VA 22401

State and Zip Code — 540-548-9191

Telephone Number — 540-548-9172

E-mail Address *(if known)* — n/a

Defendant No. 3

Name — Gaby Fernandez

Job or Title *(if known)* — Leasing Consultant

Street Address — 150 nobleway Rent office

City and County — Fredericksburg VA

State and Zip Code — 22401 - 540-548-9191

Telephone Number — 540-548-9172

E-mail Address *(if known)* — n/a

Defendant No. 4

Name — Finnessa Randall

Job or Title *(if known)* — Leasing Consultant

Street Address — 1150 nobleway Rent office

City and County — Fredericksburg VA 22401

State and Zip Code — 540-548-9191

Telephone Number — 540-548-9172

E-mail Address *(if known)* — n/a

## II.    Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power).  Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties.  Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case.  Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case.  In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

☐ Federal question          ☐ Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

### A.    If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

### B.    If the Basis for Jurisdiction Is Diversity of Citizenship

1.    The Plaintiff(s)

a.    If the plaintiff is an individual
The plaintiff, *(name)* Delcid Elnora , is a citizen of the State of *(name)* Fredericksburg VA 22407

b.    If the plaintiff is a corporation
The plaintiff, *(name)* Delcid Elnora , is incorporated under the laws of the State of *(name)* Virginia ,
and has its principal place of business in the State of *(name)* Live Virginia .

*(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2.    The Defendant(s)

a.    If the defendant is an individual   Mamtence Men
The defendant, *(name)* Pedro Ramos , is a citizen of the State of *(name)* 1150 noble way . Or is a citizen of *(foreign nation)* Fredericksburg. VA 22407

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

    b.    If the defendant is a corporation *Maintence Man*

    The defendant, *(name)* _Herman Banks_ , is incorporated under

    the laws of the State of *(name)* _1150 nobleway_ , and has its

    principal place of business in the State of *(name)* _Fredericksbury_ .

    Or is incorporated under the laws of *(foreign nation)* _VA_ ,

    and has its principal place of business in *(name)* _22401_ .

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3.    The Amount in Controversy

The amount in controversy—the amount the plaintiff claims the defendant owes or the amount at stake—is more than $75,000, not counting interest and costs of court, because *(explain)*:

*Ryann Pittinger       maintence Man*
*1150 nobleway*
*Fredericksburg  VA  22401   Rent Office*

## III.  Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

## IV.  Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

## V.    Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A.    For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served.  I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing:        12 | 15 | 2021

Signature of Plaintiff        Delcid  Elnora

Printed Name of Plaintiff        Delcid  Elnora

### B.    For Attorneys

Date of signing:        12 | 15 | 2021

Signature of Attorney        _____

Printed Name of Attorney        _____

Bar Number        _____

Name of Law Firm        _____

Street Address        _____

State and Zip Code        _____

Telephone Number        _____

E-mail Address        _____

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
__RICHMOND__ DIVISION

Delcid  Elnora
_____
Plaintiff(s),

v.

Valor  Apartment
Marie  white mgts,      Civil Action Number: _____
Yvonne  mgts,
_____
Defendant(s).

## LOCAL RULE 83.1(M) CERTIFICATION

I declare under penalty of perjury that:

No attorney has prepared, or assisted in the preparation of_____.
                                                              (Title of Document)

_____
Name of *Pro Se* Party (Print or Type)

_____
Signature of *Pro Se* Party

Executed on: _____ (Date)

OR

The following attorney(s) prepared or assisted me in preparation of _____.
                                                                  (Title of Document)

_____
(Name of Attorney)

_____
(Address of Attorney)

_____
(Telephone Number of Attorney)
Prepared, or assisted in the preparation of, this document

_____
(Name of *Pro Se* Party (Print or Type)

_____
Signature of *Pro Se* Party

Executed on: _____ (Date)